Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: LEHMAN, J.

---

HENRY D. APPLETON et al., Respondents, *v.* THE NATIONAL PARK BANK OF NEW YORK, Appellant.

*Banks and banking — set-off — bank has no lien upon general deposit of customer for unmatured indebtedness — may not apply deposit of insolvent customer in payment of notes not due.*

*Appleton* v. *Nat. Park Bank of N. Y.,* 211 App. Div. 708, affirmed. (Argued October 21, 1925; decided November 24, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1925, affirming a judgment in favor of plaintiffs entered upon an order of Special Term granting a motion to strike out the answer and for summary judgment. The action was brought in aid of attachment under sections 922 and 943 of the Civil Practice Act by the assignee of judgment creditors of Middlesex Chemical Company, Inc., and the sheriff of the county of New York, jointly, to recover certain deposits standing to the credit of the Middlesex Chemical Company, Inc., with the defendant bank. The defense was a claimed right of set-off by reason of an unpaid and unmatured promissory note made to the defendant by the chemical company for money loaned.

*Emmett F. Smith* for appellant.

*Russel S. Coutant, William C. Cannon* and *Theodore Kiendl* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

36